United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
Craig I. Hecker,
        Debtor.
_____/

Case No. 08-71680-R
Chapter 7

John Harris,
        Plaintiff,

v.

Adv. No. 09-4579

Craig I. Hecker,
        Defendant.
_____/

Order Regarding Plaintiff's Motion for Summary Judgment

For the reasons stated in the Court's opinion, entered this date, the Plaintiff's motion for summary judgment is granted, in part, and denied, in part. The motion is granted as to Count I for denial of discharge under 11 U.S.C. § 523(a)(2)(A) and that count is dismissed.

As to Count II, the motion is denied. The Court concludes that the debtor made a materially false representation respecting the debtor's or an insider's financial condition. However, there are genuine issues of material fact as to whether the plaintiff reasonably relied on the misrepresentation and whether the debtor intended to deceive the plaintiff.

It is so ordered.

**Signed on March 16, 2010**

                                                          /s/ Steven Rhodes

**Steven Rhodes**
**United States Bankruptcy Judge**